IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> v. <br><br> LESLIE ACOSTA, <br><br> Defendant. | CRIMINAL ACTION <br> NO. 15-548 |

### ORDER

**AND NOW**, this 19th day of April 2021, upon consideration of the Pennsylvania Newspapers' Motion to Intervene and Unseal (Doc. No. 41), the Government's Response to the Motion (Doc. No. 46), and the Pennsylvania Newspapers' Reply (Doc. No. 47), it is **ORDERED** as follows:

1. The Pennsylvania Newspapers' Motion to Intervene (Doc. No. 41) is **GRANTED**. Their Motion to Unseal (Doc. No. 41) is also **GRANTED** and the documents contained in the following docket entries shall be unsealed: 10, 13, 16, 17, 18, 19, 21, 22, 23, 24, 25, 26, 27, 28, 29, 30, 32, 33, 36, 37, and 38.

2. The documents contained in docket entries 34 and 35 shall remain under seal. The Government shall inform the Court in a letter filed of record by **April 26, 2021** of the page and line numbers of documents 34 and 35 that it wants to remain sealed. After receiving this information, the Court will consider unsealing the remainder of documents 34 and 35.

BY THE COURT:

/s/ Joel H. Slomsky_____
JOEL H. SLOMSKY, J.