

*U.S. Department of Justice*

*United States Attorney*

*Eastern District of Pennsylvania*

---

*Bea L. Witzleben*
*Direct Dial: (215) 861-8680*
*Facsimile: (215) 861-8618*
*E-mail Address: Bea.Witzleben@usdoj.gov*

*615 Chestnut Street*
*Suite 1250*
*Philadelphia, Pennsylvania 19106-4476*
*(215) 861-8200*

April 26, 2021

Honorable Joel H. Slomsky
Judge, United States District Court
13614 United States Courthouse
601 Market Street
Philadelphia, PA 19106-1744

                Re:    <u>United States v. Leslie Acosta, Criminal No. 15-548</u>

Dear Judge Slomsky:

      Pursuant to the Court's Order of April 19, 2021, DDE 48, the Government respectfully submits that these portions of docket entries 34 and 35 should remain under seal:

**DDE 34 (the Government's Sentencing Memorandum):**

On page 4 of the Memorandum (page 7 of the entire document as filed),
under the heading "The government hereby moves …, "
in the last line of the first paragraph,
the third, fourth, fifth, sixth and seventh words (that is, all the words between "occasions," and "and testifying").

On page 5 of the Memorandum (page 8 of the entire document as filed),
under the subheading "nature of assistance,"
in the third line of the paragraph,
the fifth, sixth, seventh, eighth and ninth words (that is, all the words between "occasions" and "and testified.").

**DDE 35 (Defense Sentencing Memorandum):**

On page 1 of the Memorandum (page 2 of the document as filed),
in the first paragraph,
on the 9th line,
the first six words (that is, all the words between "and included" and "the very public trial").

On page 3 of the Memorandum (page 4 of the document as filed),
under the heading "the Motion for a Downward Departure,"
in the first paragraph,
on the last line,
the third, fourth, fifth, sixth and seventh words (that is, all the words between "live testimony" and "at a trial").

On page 5 of the Memorandum (page 6 of the document as filed),
in the paragraph that begins "The PSI also,"
beginning at the end of the first line,
all the words between "with" on the first line and "years-old" on the second line <u>and</u> all the words on the third line that appear before the words "during the" (thus keeping sealed two words at the end of line 1, eighteen "words" at the beginning of line 2, and seventeen words at the beginning of line 3).

I have conferred with counsel for the defendant, and the defense is in agreement with these specifications.

Please do not hesitate to contact the undersigned with any questions.

Respectfully submitted,

JENNIFER ARBITTER WILLIAMS
Acting United States Attorney


 */s/ Bea L. Witzleben*
BEA L. WITZLEBEN
Assistant United States Attorney

CC: Nina Spizer, counsel for defendant Leslie Acosta